# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0201
_____

ABDULLAH MUHAMMAD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Calhoun County.
Brandon J. Young, Judge.

June 26, 2024

PER CURIAM.

    DISMISSED as untimely. *See* Fla. R. App. P. 9.140(b)(3).

B.L. THOMAS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Abdullah Muhammad, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.